IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter ) | CV 14-00376 HG-RLP |
| ) | |
| of ) | |
| ) | |
| The Complaint of G.O. ) | |
| ENTERPRISES, INC., as owner of ) | |
| M/V SEVEN ELEVEN, O.N. ) | |
| 1021275, for exoneration from or ) | |
| limitation of liability ) | |
| _____ | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION ECF No. 28)

Findings and Recommendation having been filed and served on all parties on September 15, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation to Grant Motion for Entry of Default Judgment Against All Claimants Who Have Not Filed a Claim and Answer (ECF No. 28) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: October 8, 2015, Honolulu, Hawaii.



/s/ Helen Gillmor
Helen Gillmor
United States District Judge